UNITED STATES COURT OF INTERNATIONAL TRADE          FORM 1

| Ricardo Vega |
|---|
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 24-00163

TO: The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).



/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 5309 | Center (if known): | A&A CEE |
|---|---|---|---|
| Protest Number: | 5309-24-100614 | Date Protest Filed: | 01/17/2024 |
| Importer: | Ricardo Vega | Date Protest Denied: | 03/07/24 |
| Category of Merchandise: | Automotive | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 9TY-0012024- | 04/27/23 | 07/21/23 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Michael B. Jackson, Esq.
352 3rd Street, Suite 202
Laguna Beach, CA 92651
(949) 719-2712
michael.jackson@mscustoms.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Historical Car | 8703.33.0185 | 2.5% | 9705.10.0090 | FREE |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Protest claims that a 1998 Porsche GT 1 Strassenversion is properly classified under HTSUS subheading 9705.10.0090 as a historical vehicle. CBP protest decision states that automobile does not qualify as an article of historical interest.

The issue which was common to all such denied protests:
Historical vehicle classification.

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
*Signature of Plaintiff's Attorney*

08/30/24
_____
*Date*