UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| RICARDO VEGA,<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES,<br><br>      Defendant | Court No. 24-00163 |

## **STIPULATED JUDGMENT ON AGREED STATEMENT OF FACTS**

This action, as prescribed by Rule 58.1 of the Rules of the United States Court of International Trade, is stipulated for judgment on the following agreed statement of facts:

1. The protest involved here was filed, and the action involved here was commenced, within the time provided by law and all liquidated duties, charges or exactions were paid prior to the filing of the summons.

2. The imported stipulable merchandise covered by Entry No. 9TY-0012024-3, dated April 27, 2023, consists of one 1998 Porsche GT 1 Strassenversion (VIN: WP0ZZZ99ZWS396019).

3. The imported stipulable merchandise was classified by U.S. Customs and Border Protection ("CBP") as "Motor cars and other motor vehicles principally designed for the transport of persons (other than those of heading 8702), including station wagons and racing cars: Other vehicles, with only compression-ignition internal

1

combustion piston engine (diesel or semi-diesel): Of a cylinder capacity exceeding 2,500 cc" under Subheading 8703.33.01 of the Harmonized Tariff Schedule of the United States ("HTSUS"), at a duty rate of 2.5% *ad valorem*.

4. The stipulable merchandise is classifiable as a collector's piece under HTSUS Subheading 9705.10.00, duty-free.

5. Any refunds payable by reason of this judgment are to be paid with any interest provided for by law.

6. All other claims and non-stipulable entries are abandoned.

7. Each party shall bear its own costs and attorney's fees.

Respectfully submitted,

By: _____

Attorneys for Plaintiff
Michael Jackson, Esq.
Meeks, Sheppard, Leo & Pillsbury
352 3rd Street, Suite 202
Laguna Beach, CA 92651
(949) 719-2712


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

By: _____

JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

_____

ALEXANDER VANDERWEIDE
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch

|  |  |
|---|---|
| Dated: June 17, 2025 | 26 Federal Plaza, Room 346<br>New York, New York 10278<br>Attorneys for Defendant<br>(202) 598-0287 |

*Stipulated Judgment on Agreed Statement of Facts,* 24-00163

**IT IS HEREBY ORDERED** that this action is decided and final judgment is to be entered by the Clerk of this Court; the appropriate U.S. Customs and Border Protection officials shall reliquidate the entry and issue refunds in accordance with the stipulation of the parties set forth above.

_____
Judge

Date: This _____ day of _____, 2025
      New York, New York